IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICK JAMES GONZALES,

       Petitioner,

v.                                         No. CIV 14-1001 MV/KBM

GERMAN FRANCO, Warden, and
GARY K. KING, Attorney General
of the State of New Mexico,

       Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

       The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on June 18, 2015 *(Doc. 16)* in which she recommended denying Nick James Gonzales' ("Gonzales'") Petition for Writ of Habeas Corpus without prejudice.  The proposed findings notified the parties of their ability to file objections and that the failure to do so would waive appellate review.  On June 29, 2015, Gonzales filed a Notice to the Court, indicating that he was choosing not to file objections, but rather, that "he would focus his energy to getting district court to act and a [sic] exhaust before returning."  *Doc. 17*.

       Wherefore, having been notified of Gonzales' intent not to file objections,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 16)* is ADOPTED;

2. Gonzales' Petition for Writ of Habeas Corpus (*Docs. 1, 5, 6*) is denied, and Gonzales' claims are dismissed without prejudice.

_____
MARTHA VAZQUEZ
United States District Judge